Matthew Singer
William C.G. Wright
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900
msinger@schwabe.com
wwright@schwabe.com

*Attorneys for Defendant City of Bethel*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ARIANE FLYNN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BETHEL, JASON COHEN, and DYLAN FLOYD,<br><br>Defendants. | Case No. ___________________ |

**AFFIDAVIT OF COUNSEL WILLIAM WRIGHT**
**IN SUPPORT OF NOTICE OF REMOVAL**

I, William C. G. Wright, having been first duly sworn upon oath, depose and state as follows:

1. I am an attorney at Schwabe, Williamson & Wyatt, P.C. ("Schwabe"), which represents Defendant City of Bethel (the "City") in the above-captioned litigation. Matthew Singer of Schwabe also represents the City.

2. The Summons and Complaint in the above captioned litigation were served on the City on September 21, 2026.

3. I have spoken with the attorneys for the other Defendants in this matter. All Defendants in this matter consent to removal.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

William C. G. Wright, ABA No. 2209074

SUBSCRIBED AND SWORN TO before me this 19th day of October, 2026, at Anchorage, Alaska.

Notary Public in and for the State of Alaska
My Commission Expires: June 4, 2029



SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

# CERTIFICATE OF SERVICE

I hereby certify that on October 20th, 2026, a true and correct copy of the *Affidavit of Counsel William Wright in Support of Notice of Removal* was served via electronic mail on the following counsel of record:

*Counsel for Plaintiff, Ariane Flynn:*

Myron Angstman
Angstman Law Office
P.O. Box 585
Bethel, AK 99559
Email: myron@angstmanlawoffice.com

Joshua F. Fannon
Law Offices of Joshua F. Fannon
550 S. Alaska Street, Suite 203
Palmer, AK 99645
Email: josh@joshuafannon.com

Derek Koehler
Law Office of Derek Koehler, LLC
550 S. Alaska Street, Suite 203
Palmer, AK 99645
Email: derek@dklawak.com

*/s/ Matthew Singer*
Matthew Singer



SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125