Matthew Singer
William C.G. Wright
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900
msinger@schwabe.com
wwright@schwabe.com

*Attorneys for Defendant City of Bethel*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARIANE FLYNN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BETHEL, JASON COHEN, and DYLAN FLOYD,<br><br>Defendants. | Case No. 4:26-cv-00043-SLG |

**SERVICE LIST OF ALL PARTIES**

Pursuant to the Court's October 20, 2026, Order to Petition Subsequent to Removal, Defendant City of Bethel hereby files this Service List of All Parties, including counsel of record, with addresses and telephone numbers, in order to facilitate mailings and telephone calls by the clerk's office.

**Plaintiff – Ariane Flynn**
Myron Angstman
Angstman Law Office
P.O. Box 585
Bethel, AK 99559
Phone: (907) 543-2972
Email: myron@angstmanlawoffice.com

Joshua F. Fannon
Law Office of Joshua F. Fannon
550 S. Alaska Street, Suite 203
Palmer, AK 99645
Phone: (907) 746-0493
Email: josh@joshuafannon.com

Derek Koehler
Law Office of Derek Koehler, LLC
550 S. Alaska Street, Suite 203
Palmer, AK 99645
Phone: (907) 885-4353
Email: derek@dklawak.com

**Defendant – City of Bethel**
Matthew Singer
Schwabe, Williamson & Wyatt, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 339-7125
Email: msinger@schwabe.com

William C.G. Wright
Schwabe, Williamson & Wyatt, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 339-7125
Email: wwright@schwabe.com

**Defendant – Jason Cohen**
Counsel for Jason Cohen has not yet entered an appearance in this matter.

**Defendant – Dylan Floyd**
Counsel for Dylan Floyd has not yet entered an appearance in this matter.

DATED at Anchorage, Alaska, this 30th day of October, 2026.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys for Defendant City of Bethel

By: *\/s/ Matthew Singer*
Matthew Singer, ABA No. 9911072
Email: msinger@schwabe.com
William C.G. Wright, ABA No. 2209074
Email: wwright@schwabe.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30th, 2026, a true and correct copy of the *Service List of All Parties* was electronically filed using the CM/ECF system and served via electronic mail on the following counsel of record:

*Counsel for Plaintiff Ariane Flynn:*

Myron Angstman
Angstman Law Office
P.O. Box 585
Bethel, AK 99559
Email: myron@angstmanlawoffice.com

Joshua F. Fannon
Law Offices of Joshua F. Fannon
550 S. Alaska Street, Suite 203
Palmer, AK 99645
Email: josh@joshuafannon.com

Derek Koehler
Law Office of Derek Koehler, LLC
550 S. Alaska Street, Suite 203
Palmer, AK 99645
Email: derek@dklawak.com

*/s/ Matthew Singer*
Matthew Singer